# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

Report Required by the Ethics in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Conner, Christopher C | 2. Court or Organization<br><br>Middle District Pennsylvania | 3. Date of Report<br><br>5/12/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ◉ Annual    ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>P.O. Box 847<br><br>Harrisburg, PA 17108-0847 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Wildcat Foundation (term expired January, 2004) |
| 2. | Trustee | Trustee Account #1 |
| 3. | Shareholder | Bison Lodge, Inc. (Hunting camp) |
| 4. | Custodian | Brokerage Accounts #2, #3, #4 and #5 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 01/01/94 | Employment contract: Mette Evans & Woodside and Christopher C. Conner; Percentage of aged accounts receivable as of 5/31/02; Paid in full during 2003. |
| 2. | 01/01/97 | Participant in the Mette Evans & Woodside 401(k) Retirement Plan. No control. |

FINANCIAL DISCLOSURE 2004 MAY 19 PM 12:51 RECEIVED

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Conner, Christopher C | 5/12/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Mette Evans & Woodside (payments on employment agreement) | $33,196 |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Commonwealth of Pennsylvania |
| 2. | 2003 | Widener University (part time law professor) |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Pennsylvania Bar Association | May 7-10 - Palm Beach, Florida - Site visit expenses as former chair of PBA mid-year meeting (Transportation, room, meals) |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Conner, Christopher C | 5/12/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ **NONE** - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Drew Anthon | 5 tickets to NBA basketball game | $475 |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Commerce Bank/Harrisburg cash accounts | A | Interest | L | T | | | | | |
| 2. PNC Bank, NA cash accounts (X) | A | Interest | K | T | | | | | |
| 3. Wachovia Bank cash accounts (formerly First Union Bank) | A | Interest | J | T | | | | | |
| 4. Dow Chemical Company common stock | A | Dividend | J | T | | | | | |
| 5. PNM Resources Inc. common stock | A | Dividend | J | T | | | | | |
| 6. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 7. - Cash equivalent accounts | A | Dividend | J | T | | | | | |
| 8. - Templeton World Fund Class A | A | Dividend | J | T | | | | | |
| 9. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 10. - Cash equivalent accounts | A | Interest | J | T | | | | | |
| 11. - Coca Cola common stock | A | Dividend | J | T | | | | | |
| 12. - Emerson Electric Co. common stock | A | Dividend | J | T | | | | | |
| 13. - Fox Entertainment Group Inc. Class A common stock | | None | | | Sold | 4/10 | J | | |
| 14. - Alliance Premier Growth Fund Class B | | None | | | Exchanged | 3/3 | | | |
| 15. - Alliance Bernstein Premier Growth Fund Class B | | None | J | T | Exchanged | 3/3 | J | | |
| 16. - Van Kampen Emerging Growth Fund Class B | | None | J | T | | | | | |
| 17. - NM General Motors Acceptance Corp. 5.25% due 11/15/04 | A | Interest | J | T | | | | | |
| 18. - NM General Motors Acceptance Corp. 4.75% due 11/15/03 | A | Interest | | | Matured | 11/15 | J | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. - NM General Motors Acceptance Corp. 6.0% due 11/15/06 | A | Interest | J | T | | | | | |
| 20. - Conagara Capital L.C. (pub traded pship - cum prefd bonds) | A | Interest | J | T | | | | | |
| 21. - Boeing Capital Corp. notes, 3.45% due 11/15/07 | A | Interest | J | T | Bought | 11/15 | J | | |
| 22. BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 23. - Cash equivalent accounts | A | Interest | J | T | | | | | |
| 24. - Coca Cola common stock | A | Dividend | J | T | | | | | |
| 25. - Emerson Electric Co. common stock | A | Dividend | J | T | | | | | |
| 26. - Fox Entertainment Group Inc. Class A common stock | | None | | | Sold | 4/10 | J | | |
| 27. - Alliance Premier Growth Fund Class B | | None | | | Exchanged | 3/3 | J | | |
| 28. - Alliance Bernstein Premier Growth Fund Class B | | None | J | T | Exchanged | 3/3 | J | | |
| 29. - Van Kampen Emerging Growth Fund Class B | | None | J | T | | | | | |
| 30. - NM General Motors Acceptance Corp. 5.25% due 11/15/04 | A | Interest | J | T | | | | | |
| 31. - NM General Motors Acceptance Corp. 4.75% due 11/15/03 | A | Interest | | | Matured | 11/15 | J | | |
| 32. - NM General Motors Acceptance Corp. 6.0% due 11/15/06 | A | Interest | J | T | | | | | |
| 33. - Conagara Capital L.C. (pub traded pship - cum prefd bonds) | A | Interest | J | T | | | | | |
| 34. - Boeing Capital Corp. notes, 3.45% due 11/15/07 | A | Interest | J | T | Bought | 11/15 | J | | |
| 35. BROKERAGE ACCOUNT #4 | | | | | | | | | |
| 36. - Cash equivalent accounts | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. - Coca Cola common stock | A | Dividend | J | T | | | | | |
| 38. - Emerson Electric Co. common stock | A | Dividend | J | T | | | | | |
| 39. - Fox Entertainment Group Inc. Class A common stock | | None | | | Sold | 4/10 | J | | |
| 40. - Alliance Premier Growth Fund Class B | | None | | | Exchanged | 3/3 | J | | |
| 41. - Alliance Bernstein Premier Growth Fund Class B | | None | J | T | Exchanged | 3/3 | J | | |
| 42. - Van Kampen Emerging Growth Fund Class B | | None | J | T | | | | | |
| 43. - NM General Motors Acceptance Corp. 5.25% due 11/15/04 | A | Interest | J | T | | | | | |
| 44. - NM General Motors Acceptance Corp. 4.75% due 11/15/03 | A | Interest | | | Matured | 11/15 | J | | |
| 45. - NM General Motors Acceptance Corp. 6.0% due 11/15/06 | A | Interest | J | T | | | | | |
| 46. - Conagara Capital L.C. (pub traded pship - cum prefd bonds) | A | Interest | J | T | | | | | |
| 47. - Boeing Capital Corp. notes, 3.45% due 11/15/07 | A | Interest | J | T | Bought | 11/15 | J | | |
| 48. BROKERAGE ACCOUNT #5 | | | | | | | | | |
| 49. - Cash equivalent accounts | A | Interest | J | T | | | | | |
| 50. - Coca Cola common stock | A | Dividend | J | T | | | | | |
| 51. - Emerson Electric Co. common stock | A | Dividend | J | T | | | | | |
| 52. - Fox Entertainment Group Inc. Class A common stock | | None | | | Sold | 4/10 | J | | |
| 53. - Alliance Premier Growth Fund Class B | | None | | | Exchanged | 3/3 | J | | |
| 54. - Alliance Bernstein Premier Growth Fund Class B | | None | J | T | Exchanged | 3/3 | J | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. - Van Kampen Emerging Growth Fund Class B | | None | J | T | | | | | |
| 56. - NM General Motors Acceptance Corp. 5.25% due 11/15/04 | A | Interest | J | T | | | | | |
| 57. - NM General Motors Acceptance Corp. 4.75% due 11/15/03 | A | Interest | | | Matured | 11/15 | J | | |
| 58. - NM General Motors Acceptance Corp. 6.0% due 11/15/06 | A | Interest | J | T | | | | | |
| 59. - Conagara Capital L.C. (pub traded pship - cum prefd bonds) | A | Interest | J | T | | | | | |
| 60. - Boeing Capital Corp. notes, 3.45% due 11/15/07 | A | Interest | J | T | Bought | 11/15 | J | | |
| 61. BROKERAGE ACCOUNT #6 | | | | | | | | | |
| 62. - ML Fundamental Growth A | | None | K | T | | | | | |
| 63. - Templeton World Fund Class A | A | Dividend | K | T | | | | | |
| 64. - ML Muni Bond Insured PT A | A | Interest | J | T | | | | | |
| 65. BROKERAGE ACCOUNT #7 | | | | | | | | | |
| 66. - TCW Galileo Select Equities I (X) | | None | J | T | | | | | |
| 67. | | | | | Bought | Var | J | | |
| 68. BROKERAGE ACCOUNT #8 | | | | | | | | | |
| 69. - Van Kampen Comstock Fund Class A | A | Dividend | J | T | Partial sale | 5/22 | J | A | |
| 70. - TCW Galileo Select Equities I (X) | | None | J | T | | | | | |
| 71. | | | | | Bought | Var | J | | |
| 72. BROKERAGE ACCOUNT #9 | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001-$2,500 | C =$2,501-$5,000 | D =$5,001-$15,000 | E =$15,001-$50,000 |
|---|---|---|---|---|---|
| | F =$50,001-$100,000 | G =$100,001-$1,000,000 | H1 =$1,000,001-$5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001-$50,000 | L =$50,001-$100,000 | M =$100,001-$250,000 | |
| | N =$250,000-$500,000 | O =$500,001-$1,000,000 | P1 =$1,000,001-$5,000,000 | P2 =$5,000,001-$25,000,000 | |
| | P3 =$25,000,001-$50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash/Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. - Van Kampen Comstock Fund Class A | A | Dividend | J | T | Partial sale | 5/22 | J | A | |
| 74. - TCW Galileo Select Equities I (X) | | None | J | T | | | | | |
| 75. | | | | | Bought | Var | J | | |
| 76. BROKERAGE ACCOUNT #10 | | | | | | | | | |
| 77. - Van Kampen Comstock Fund Class A | A | Dividend | J | T | Partial sale | 5/22 | J | A | |
| 78. - TCW Galileo Select Equities I (X) | | None | J | T | | | | | |
| 79. | | | | | Bought | Var | J | | |
| 80. PENSION PLAN #1 (401-K) | | | | | | | | | |
| 81. - ABN AMRO Income Plus | B | Dividend | L | T | | | | | |
| 82. MERRILL LYNCH IRRA #1 | | | | | | | | | |
| 83. - Cash equivalent accounts | A | Interest | K | T | | | | | |
| 84. - GMAC Corporate bond due 10/15/06 | B | Interest | K | T | | | | | |
| 85. - Time Warner common stock (formerly AOL Time Warner) | | None | J | T | | | | | |
| 86. - AT&T Corp. common stock | A | Dividend | J | T | | | | | |
| 87. - AT&T Wireless common stock | | None | J | T | | | | | |
| 88. - BP PLC SPON ADR | A | Dividend | J | T | | | | | |
| 89. - ML Russell 2000 Index due 09/30/2004 | | None | J | T | | | | | |
| 90. - Biogen IDEC Inc. common stock (formerly Biogen Inc.) | | None | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. - Cisco Systems Inc. common stock | | None | J | T | | | | | |
| 92. - Comcast Corp. New Class A, common stock | | None | J | T | | | | | |
| 93. - Comcast Corp. New Class A Special, common stock | | None | J | T | | | | | |
| 94. - Hewlett Packard Co. common stock | A | Dividend | J | T | | | | | |
| 95. - Fulton Financial Corp common stock | A | Dividend | J | T | | | | | |
| 96. - General Electric common stock | A | Dividend | J | T | | | | | |
| 97. - Global Crossing Ltd. common stock | | None | | | Abandoned | | | | |
| 98. - H.J. Heinz Co.PV $.25 Preferred | A | Dividend | J | T | | | | | |
| 99. - Hershey Foods Corp common stock | A | Dividend | J | T | | | | | |
| 100. - Intel Corp common stock | A | Dividend | | | Sold | 7/7 | J | | |
| 101. - Kinder Morgan Inc. common stock | A | Dividend | J | T | Partial sale | 7/7 | J | C | |
| 102. - Legacy Bank of Harrisburg | | None | J | T | | | | | |
| 103. - Eli Lilly & Co. common stock | A | Dividend | J | T | | | | | |
| 104. - Medtronic Inc. common stock | A | Dividend | K | T | | | | | |
| 105. - Microsoft Corp common stock | A | Dividend | J | T | | | | | |
| 106. - Motorola Inc. common stock | A | Dividend | J | T | | | | | |
| 107. - NASDAQ 100 Trust | A | Dividend | J | T | | | | | |
| 108. - Oracle Corp common stock | | None | J | T | | | | | |

| 1. Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 109. - PPG Industries Inc. common | A | Dividend | K | T | | | | | |
| 110. - Pfizer Inc. PV $.05 Pfd. | A | Dividend | J | T | | | | | |
| 111. - Sanmina-Sci Corp. common stock | | None | | | Sold | 7/7 | J | | |
| 112. - SBC Communications Inc. PV $1.00 | A | Dividend | J | T | | | | | |
| 113. - Susquehanna Bancshares Inc. common stock | A | Dividend | J | T | | | | | |
| 114. - United Technologies Corp common stock | A | Dividend | | | Sold | 7/7 | J | B | |
| 115. - Verizon Communications common stock | A | Dividend | J | T | | | | | |
| 116. - Worldcom Inc. - Worldcom Group common stock | | None | J | T | | | | | |
| 117. - Alliance Intl. Premier Growth Fund Class B | | None | | | Exchanged | 3/3 | J | | |
| 118. - Alliance Bernstein Intl. Premier Growth Fund Class A | | None | J | T | Exchanged | 3/3 | J | | |
| 119. - ML Fundamental Growth Fund Class A (formerly Class D) | | None | J | T | | | | | |
| 120. - ML Fundamental Growth Fund Class B | | None | K | T | | | | | |
| 121. - ML Global Value Fund Class B (formerly Class D) | | None | J | T | | | | | |
| 122. - ML Global Growth Fund Class B | | None | J | T | | | | | |
| 123. - ML Global Allocation Fund Class B | A | Dividend | J | T | | | | | |
| 124. - ML S&P 500 Index Fund Class A (formerly Class D) | A | Dividend | J | T | | | | | |
| 125. - Del Monte Foods Co. common stock | | None | J | T | | | | | |
| 126. - International Business Machine common stock | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 127. - J. P. Morgan Chase common stock | A | Dividend | J | T | Partial sale | 7/7 | J | A | |
| 128. - Merck & Co. Inc. common stock | A | Dividend | J | T | | | | | |
| 129. - Tyco International common stock | A | Dividend | | | Sold | 7/7 | | A | |
| 130. - Medco Health Solutions common stock | | None | J | T | Spin off | 8/25 | | | |
| 131. - Wells Fargo & Co. common stock | A | Dividend | J | T | Bought | 9/25 | J | | |
| 132. MERRILL LYNCH IRRA #2 | A | Dividend | J | T | | | | | |
| 133. - ML Retirement Reserves Cl. 1 | | | | | | | | | |
| 134. - Putnam New Opportunities Fund Class A and B | | | | | | | | | |
| 135. - Putnam Fund for Growth and Income Class A and B | | | | | | | | | |
| 136. - Putnam Global Growth Fund Class A and B | | | | | Exchanged | | | | See Note in Part VIII |
| 137. - Putnam Voyager Fund Class A and B | | | | | | | | | |
| 138. - Putnam Diversified Income Trust Class A and B (formerly B) | | | | | | | | | |
| 139. - Putnam Global Equity Funds Class A and B | | | | | | | | | |
| 140. TRUSTEE ACCOUNT #1 | | | | | | | | | |
| 141. - Cash equivalent account | A | Interest | J | T | Part. Redemp | 12/22 | K | | |
| 142. Bison Lodge, Inc. hunting camp | | None | K | V | | | | | |
| 143. Conseco Life Insurance Co. - flex. life insurance policy (X) | | None | J | T | | | | | |
| 144. Mette Evans & Woodside - balance due on employment agreement | | | | | Redeemed | Var | K | E | See Note in Part VIII |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001-$2,500 | C =$2,501-$5,000 | D =$5,001-$15,000 | E =$15,001-$50,000 |
|---|---|---|---|---|---|
| | F =$50,001-$100,000 | G =$100,001-$1,000,000 | H1 =$1,000,001-$5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001-$50,000 | L =$50,001-$100,000 | M =$100,001-$250,000 | |
| | N =$250,000-$500,000 | O =$500,001-$1,000,000 | P1 =$1,000,001-$5,000,000 | P2 =$5,000,001-$25,000,000 | |
| | P3 =$25,000,001-$50,000,000 | | P4 =$More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash/Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Conner, Christopher C | 5/12/2004 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Part II, Line 1; List of shareholders of Mette Evans & Woodside:

| | | |
|---|---|---|
| Howell C. Mette | Steven D. Snyder | David A. Fitzsimons |
| Robert Moore | Katheryn L. Simpson | Guy P. Beneventano |
| Charles B. Zwally | P. Daniel Altland | Thomas F. Smida |
| Peter J. Ressler | Andrew H. Dowling | John F. Yaninek |
| Lloyd R. Persun | Michael D. Reed | Vickie A. Trimmer |
| Craig A. Stone | Paula J. Leicht | Timothy A. Hoy |
| James A. Ulsh | Gary J. Heim | |
| Daniel L. Sullivan | Jeffrey A. Ernico | |

Part VII, Line 65, Brokerage Account #7; This is a custodial account for which the filer is not the custodian. Only one individual asset in the account has a value in excess of $1,000.

Part VII, Line 68, Brokerage Account #8; This is a custodial account for which the filer is not the custodian. Only two individual assets in the account have a value in excess of $1,000.

Part VII, Line 72, Brokerage Account #9; This is a custodial account for which the filer is not the custodian. Only two individual assets in the account have a value in excess of $1,000.

Part VII, Line 76, Brokerage Account #10; This is a custodial account for which the filer is not the custodian. Only two individual assets in the account have a value in excess of $1,000.

Part VII, Line 136; Merrill Lynch IRRA #2; Putnam Global Growth Fund Class A and B shares were exchanged for Putnam Global Equity Funds Class A and B during 2002, but were not indicated as exchanged on the 2002 report.

Part VII, Line 142; Value of Bison Lodge Inc. hunting camp is the value assigned to a shareholder.

Part VII, Line 143; Conseco universal life insurance policy was inadvertently omitted on prior year report.

Part VII, Line 144; As reflected in Part II, Line 1, the filer was subject to an employment agreement with his former law firm, Mette Evans & Woodside, which was paid in full during 2003.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Conner, Christopher C | 5/12/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date 5/13/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544